1  LARA C. DE LEON, CA Bar No. 270252
   lara.deleon@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Suite 1500
3  695 Town Center Drive
   Costa Mesa, CA 92626
4  Telephone:  714-800-7900
   Facsimile:   714-754-1298
5
   CHAMBORD V. BENTON-HAYES, CA Bar No. 278970
6  chambord.benton-hayes@ogletreedeakins.com
   Steuart Tower, Suite 1300
7  One Market Plaza
   San Francisco, CA 94105
8  Telephone:  415-442-4810
   Facsimile:   415-442-4870
9
   Attorneys for Defendant
10 STARBUCKS CORPORATION

11 R. MICHAEL FLYNN, CA BAR NO. 258732
   FLYNN LAW OFFICE
12 P.O. Box 70973
   Oakland, CA 94612
13 Telephone:  510-893-3226
   Michael@flo-law.com
14
15 Attorney for Plaintiff
   Aaliyah Johnese

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| AALIYAH JOHNESE, an individual, | Case No. 4:19-cv-04797-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS ON DEFENDANT'S MOTION TO COMPEL ARBITRATION; DECLARATION OF LARA C. DE LEON** |
| v. | |
| STARBUCKS CORPORATION, a Washington Corporation, | |
| Defendant. | |

Stipulation to Extend Time to File

Case No. 4:19-cv-04797-HSG
STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS ON MOTION TO COMPEL ARBITRATION

| | |
|---|---|
| 1 | Defendant Starbucks Corporation ("Defendant") and plaintiff Aaliyah Johnese ("Plaintiff"), |
| 2 | by and through their respective counsel of record, stipulate as follows: |
| 3 | WHEREAS Defendant filed the Notice of Motion for the Motion to Compel Arbitration |
| 4 | (the "Motion") on November 15, 2019; |
| 5 | WHEREAS Plaintiff's papers in opposition to the Motion are due to be filed by November |
| 6 | 29, 2019; |
| 7 | WHEREAS the Motion is presently scheduled for hearing on January 23, 2020; |
| 8 | WHEREAS Plaintiff requested that Defendant agree to a one-week continuance of the time |
| 9 | for Plaintiff's opposition papers to be filed, and Defendant agreed to such request; and |
| 10 | WHEREAS the briefing schedule for the Motion has not been previously continued or |
| 11 | extended, and the parties are not requesting any change in the date of the hearing on the Motion; |
| 12 | IT IS HEREBY STIPULATED that the parties request the Court to set the following |
| 13 | schedule: |

(i) the deadline for Plaintiff to file papers in opposition to the Motion shall be December 9, 2019; and

(ii) the deadline for Defendant to file reply papers in support of the Motion shall be December 19, 2019.

DATED: November 27, 2019          Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Lara c. de Leon*
    LARA C. DE LEON
    CHAMBORD V. BENTON-HAYES
Attorneys for Defendant
STARBUCKS CORPORATION

DATED: November 27, 2019          FLYNN LAW OFFICE

By: */s/ R. Michael Flynn*
    R. Michael Flynn

Attorneys for Plaintiff
AALIYAH JOHNESE

Stipulation to Extend Time to File

1     Case No. 4:19-cv-04797-HSG
STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS ON MOTION TO COMPEL ARBITRATION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

___12/2/2019_____          _Haywood S. Gill, Jr._____
Date                              United States District Judge

Stipulation to
Extend Time to File

2    Case No. 4:19-cv-04797-HSG
STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS ON MOTION TO COMPEL ARBITRATION