LESLIE H. HELMER, CA Bar No. 150296
leslie.helmer@ogletree.com
KRISTIN N. KOVACICH, CA Bar No. 322454
kristin.kovacich@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:     213-239-9045

ROSHNI C. KAPOOR, CA Bar No. 310612
roshni.kapoor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415-442-4810
Facsimile:     415-442-4870

Attorneys for Defendant
STARBUCKS CORPORATION

R. MICHAEL FLYNN, CA Bar No. 258732
michael@flo-law.com
FLYNN LAW OFFICE
1736 Franklin Street, Suite 400
Mail to: P.O. Box 70973
Oakland, CA  94612
Telephone:     510-893-3226
Facsimile:     866-728-7879

Attorneys for Plaintiff
AALIYAH JOHNESE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH JOHNESE, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | Case No. 4:19-cv-04797-HSG<br><br>**JOINT ARBITRATION STATUS REPORT**<br><br>Complaint Filed: June 19, 2019<br>Removal Date:　August 14, 2019<br>Trial Date:　　　None<br>District Judge:　Hon. Hayward S. Gilliam Jr.<br>　　　　　　　　Courtroom 2, Oakland |

Plaintiff Aaliyah Johnese ("Plaintiff") and Defendant Starbucks Corporation ( "Defendant") (collectively "Parties") hereby submit this Joint Status Report regarding the status of arbitration, as required by this Court.  ECF Nos. 28, 31.

## I.

## STATUS

On February 2, 2020 this Court ordered this matter to arbitration.  ECF No. 28.  The parties have been working cooperatively to date.  The parties have selected an arbitrator, the Honorable Rebecca Westerfield, and have been in communication with JAMS' administrative office to initiate arbitration.  JAMS sent an arbitration invoice to Defendant on May 19, 2020 and payment is currently being processed.

## LOCAL RULE 5-1 ATTESTATION

In accordance with U.S. District Court for the Northern District of California Civil Local Rule 5-1(i)(3), the filing attorney attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

| | |
|---|---|
| DATED:  May 26, 2020 | FLYNN LAW OFFICE |
| | By:  /s/ R. Michael Flynn<br>     Robert Michael Flynn |
| | Attorneys for Plaintiff<br>AALIYAH JOHNESE |
| DATED:  May 26, 2020 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By:  /s/ Leslie H. Helmer<br>     Leslie H. Helmer<br>     Roshni C. Kapoor<br>     Kristin N. Kovacich |
| | Attorneys for Defendant<br>STARBUCKS CORPORATION |