R. Michael Flynn (SBN 258732)
Jessica Juarez (SBN 269600)
FLYNN LAW OFFICE
1720 Broadway Ste 430
Oakland, California 94612
Mailing Address
PO Box 70973
Oakland CA 94612
Telephone: (510) 893-3226
Fax: (866) 728-7879
Email: michael@flo-law.com

Leslie H. Helmer (SBN 150296)
Ogletree, Deakins, Nash, Smoak & Stewart,
400 S Hope St Ste 1200, Los Angeles, CA 90071-2818
County: Los Angeles County
Phone Number: (213) 438-5848
Fax Number: (213) 239-9045
Email: leslie.helmer@ogletree.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN ARBITRATION BEFORE JAMS

| | |
|---|---|
| AALIYAH JOHNESE,<br><br>    Plaintiff,<br><br>    vs.<br><br>STARBUCKS, CORP.<br>  Defendants | CASE NO.:  3:19-cv-04797<br><br>JAMS Case No.: 1100108684<br><br>**STIPULATED DISMISSAL OF COMPLAINT**<br><br>[FRCP Rule 41(A)(1)(ii)]<br><br>Complaint Filed: June 19, 2019 |

The PARTIES to this action stipulate to dismiss AALIYAH JOHNESE'S complaint against DEFENDANT STARBUCKS CORP. filed on June 19, 2019 in San Francisco Superior Court and removed to the Northern District of California, and to dismiss the case from JAMS

STIPULATED DISMISSAL                                        CASE NO. 3:19-cv-04797

arbitration proceedings.  This stipulated dismissal is being done with prejudice and with each party responsible for their own costs and fees.

RESPECTFULLY SUBMITTED,

Dated:  21 April 2021

By:   /s/ Michael Flynn
Michael Flynn
Attorneys for Plaintiff Aaliyah Johnese

Dated: 21 April 2021              By:   /s/ LH
Leslie H. Helmer
Attorneys for Defendant Starbucks, Corp.

Plaintiff Aaliyah Johnese ("Plaintiff") and Defendant Starbucks, Corp. ("Defendants") collectively ("the Parties"), by and through their respective counsel of record, hereby stipulate that the following case should be dismissed:

*Johnese v. Starbucks Corporation, et. al.,* Case No. 3:19-cv-04797, initially filed in San Francisco Superior Court on June 19, 2019 and removed to the United States District Court for the Northern District of California on August 14, 2019.

All parties are responsible for their own costs and fees.

**IT IS SO ORDERED.**

Dated: 4/22/2021

The Honorable Haywood S. Gilliam, Jr.
Judge of the United States District Court, Northern District of California